## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

JEFFERY R. PEDERSEN,

      Plaintiff,

v.                                                                          Case No:   6:24-cv-2250-PGB-LHP

BREVARD COUNTY, FLORIDA,
CITY OF PALM BAY, JESSIE EAKIN,
JARKKAR LAMPKIN, AMBER
SAMUELS, BRIAN PRESS, TRAVIS
OXRIEDER, RICHARD WEAVER,
KENRICK HOOD, BRADLEY
CHAPMAN, JOHN ANDERSON and
NICHOLAS JONES,

      Defendants

---

### ORDER

Before the Court is Plaintiff's Motion to Compel the City of Palm Bay and

Sheriff Wayne Ivey for Defendants' Addresses.  Doc. No. 33.  On review, the

motion (Doc. No. 33) is **DENIED without prejudice**.  First, the motion fails to

comply with Local Rules 1.08 and 3.01(a).  *See* Doc. No. 22, at 2 n.1 (warning

Plaintiff that future failures to comply may result in the striking or summary denial

of the offending motion).   Second, to the extent that the motion is titled as a motion

to compel production of addresses, in substance, the motion does not even address

that request, nor provide any legal authority in support.

      **DONE** and **ORDERED** in Orlando, Florida on February 28, 2025

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties