# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JEFFERY R. PEDERSEN,

      Plaintiff,

v.                                       Case No:   6:24-cv-2250-PGB-LHP

BREVARD COUNTY, FLORIDA,
CITY OF PALM BAY, JESSIE EAKIN,
JARKKAR LAMPKIN, AMBER
SAMUELS, BRIAN PRESS, TRAVIS
OXRIEDER, RICHARD WEAVER,
KENRICK HOOD, BRADLEY
CHAPMAN, JOHN ANDERSON and
NICHOLAS JONES,

      Defendants

## ORDER

This cause comes before the Court on Plaintiff's Response to Order to Show Cause.  Doc. No. 32.  Upon review, the Order to Show Cause (Doc. No. 31) is **DISCHARGED**.  It is **ORDERED** that Plaintiff shall have **thirty (30) days** from the date of this Order to serve Defendants Jessie Eakin, Jarkkar Lampkin, Amber Samuels, Kenrick Hood, Bradley Chapman, and John Anderson.  **On or before expiration of the thirty (30) day period**, Plaintiff shall proof of service with the Court.  Failure to file proof of service as required by this Order will result in a

recommendation that any non-served Defendant be dismissed from the case. Fed. R. Civ. P. 4(m).

**DONE** and **ORDERED** in Orlando, Florida on March 4, 2025

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties