# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JEFFERY R. PEDERSEN,

        Plaintiff,

v.                                                              Case No:   6:24-cv-2250-PGB-LHP

CITY OF PALM BAY, JESSIE EAKIN, JARKKAR LAMPKIN, AMBER SAMUELS, BRIAN PRESS, TRAVIS OXRIEDER, RICHARD WEAVER, KENRICK HOOD, BRADLEY CHAPMAN, JOHN ANDERSON, NICHOLAS JONES and WAYNE IVEY,

        Defendants

## ORDER

This cause comes before the Court *sua sponte*.  Upon consideration of Plaintiff's filing of the second amended complaint, Doc. No. 48, and given the history of this case, *see, e.g.*, Doc. Nos. 22, 31, 35, 38 it is **ORDERED** that Plaintiff shall have **thirty (30) days** from the date of this Order to effect service of process on Defendants Jessie Eakin, Jarkkar Lampkin, Amber Samuels, Kenrick Hood, Bradley Chapman, and John Anderson.  **On or before expiration of the thirty (30) day period**, Plaintiff shall proof of service with the Court.  Failure to file proof of

service as required by this Order will result in a recommendation that any non-served Defendant be dismissed from the case.   Fed. R. Civ. P. 4(m).

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2025.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties